**WEINER LAW GROUP LLP**
Lawrence M. Berkeley – 7706
629 Parsippany Road
Parsippany, NJ 07054
Tel: (973) 403-1100
Fax: (973) 403-0010
Email: lMberkeley@weiner.law
Attorneys for Defendant, Costco Wholesale Corporation
Our File No.: COST-137

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **McCLAIRE, VENESHA**<br><br>    **Plaintiff**<br><br>vs.<br><br>**COSTCO WHOLESALE CORPORATION, DDR SOUTHEAST EAST HANOVER, L.L.C. a/k/a INLAND SOUTHEAST EAST HANOVER, L.L.C., SITE CENTERS CORP., JOHN DOES 1-10 (fictitious names representing unknown individuals) and/or XYZ CORPS. 1-10 (fictitious names representing unknown corporations, partnerships and/or Limited Liability Companies or other types of legal entities)**<br><br>    **Defendants** | **CIVIL ACTION NO.: 2:21-cv-12961-KM-ESK** |

## DISCLOSURE OF THIRD-PARTY LITIGATION FUNDING

    Defendant, Costco Wholesale Corporation, certifies that on behalf of Costco Wholesale Corporation, no entity that is not a party is providing funding for some or all of the attorneys' fees and expenses for this litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

<br>

                                       _Lawrence Berkeley_____
                                       LAWRENCE M. BERKELEY
                                       WEINER LAW GROUP LLP
                                       629 Parsippany Road
                                       Parsippany, NJ 07054

Dated: August 12, 2021