# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| VENESHA McCLAIRE<br>　　　　Plaintiff<br><br>v<br><br>COSTCO WHOLESALE CORPORATION, DDR SOUTHEAST EAST HANOVER, L.L.C., a/k/a INLAND SOUTHEAST EAST HANOVER, L.L.C., SITE CENTERS CORP, JOHN DOES 1-10 (fictitious names representing unknown individuals) and/or XYZ CORPS. 1-10 (fictitious names representing unknown corporations, partnerships, and/or Limited Liability Companies or other types of legal entities),<br>　　　　Defendants. | CIVIL ACTION NO. 2:21-cv-12961<br><br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS, SITE CENTERS CORP., DDR SOUTHEAST EAST HANOVER, L.L.C. a/k/a INLAND SOUTHEAST EAST HANOVER, L.L.C.** |

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that Defendants, SITE Centers Corp., DDR Southeast East Hanover, L.L.C. a/k/a Inland Southeast East Hanover, L.L.C., be and are hereby dismissed without prejudice, and that all cross-claims are dismissed, without prejudice, and without costs against any party.

**DAVIS, SAPERSTEIN & SALOMON**

By:_____
　　Adam B. Lederman, Esquire
　　Attorney for Plaintiff,
　　Venesha McClaire

**WEINER LAW GROUP, LLP**

By:_____
　　Lawrence M. Berkeley, Esquire
　　Attorney for Defendant,
　　Costco Wholesale Corporation

**SWEENEY & SHEEHAN, P.C.**

　　Christopher J. O'Connell
By:_____
　　Christopher J. O'Connell, Esquire
　　Attorney for Defendants, SITE
　　Centers Corp., DDR Southeast East
　　Hanover, L.L.C. a/k/a Inland
　　Southeast East Hanover, L.L.C

**SO ORDERED.**

**s/ Kevin McNulty**
**Hon. Kevin McNulty**
**U.S. District Judge**
**Date: 8/24/2021**